Andrew J. Clarke, as Executor, etc., of John Clarke, Deceased, Appellant, v. Charles Gaer, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the plaintiff's evidence was sufficient to enable the court to find a new lease from May 1, 1905, to May 1, 1906, and it was not in violation of the Statute of Frauds. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

George W. Cole, etc., Respondent, v. Foster Pump Works, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Alice Gallagher, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

James J. Garvey and John Garvey, Copartners, etc., Appellants, v. Eva T. Abbott, as Executrix, etc., of George B. Abbott, Deceased, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John J. Gutheil, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Louis Hoffman, Respondent, v. William R. Jenkins Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

George Humphreys, Respondent, v. The Douglas Fir Lumber Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Petition of Charles Scherer, Respondent, for Leave to Examine the Books of Account of A. L. Reed Company, Appellant. Arthur L. Reed and Jennie A. Reed, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

John W. Kiesling, Appellant, v. Carrie Kiesling, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Frank Logerto, Appellant, v. Central Building Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Frank H. Malone. Respondent, v. Elizabeth Lyons, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Frederick H. Massecar, Respondent, v. Jacob Bauer, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.